**UNITED STATES of America, Plaintiff-Appellee**

v.

**Adan VEGA-SALAZAR, Defendant-Appellant**

**No. 16-41670**
**Summary Calendar**

United States Court of Appeals, Fifth Circuit.

Filed August 9, 2017

Amy Howell Alaniz, Assistant U.S. Attorney, Carmen Castillo Mitchell, Assistant U.S. Attorney, U.S. Attorney's Office, Southern District of Texas, Houston, TX, for Plaintiff-Appellee

Marjorie A. Meyers, Federal Public Defender, John Moreno Parras, Federal Public Defender's Office, Southern District of Texas, Houston, TX, for Defendant-Appellant

Before BARKSDALE, PRADO, and OWEN, Circuit Judges.

PER CURIAM: *

Adan Vega-Salazar pleaded guilty to one count of importing 500 *grams* or more of cocaine, in violation of 21 U.S.C. §§ 952(a), 960(a)(1), 960(b)(2); and 18 U.S.C. § 2. His written judgment, however, describes the nature of his offense as "[i]mporting 500

---

* Pursuant to 5th Cir. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5th Cir. R. 47.5.4.

*kilograms* or more" of cocaine. (Emphasis added.)

For his sole issue on appeal, Vega-Salazar requests his judgment be corrected. As the Government concedes, the judgment contains a non-harmless clerical error.

Accordingly, we affirm and remand to the district court for correction of the clerical error. *See* Fed. R. Crim. P. 36; *United States v. Powell*, 354 F.3d 362, 371–72 (5th Cir. 2003); *United States v. Sapp*, 439 F.2d 817, 821 (5th Cir. 1971).

AFFIRMED and REMANDED with instruction.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.